IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **ALMONDNET, INC. and INTENT IQ, LLC,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § § | **CAUSE NO. WA-24-CV-303-KC** |
| **ORACLE CORPORATION,** | § § § | |
| **Defendant.** | § | |

# ORDER

On this day, the Court considered the case.  Prior to filing this lawsuit, Plaintiffs filed at least three others in this district, each alleging infringement of one or more of the same patents in suit here.[1]  To facilitate efficient docket management, all related cases are ordinarily allocated to the Judge that was randomly assigned the earliest-numbered related case.[2]  Therefore, and with the consent of the receiving Judge, the Court finds that this case should be transferred to the docket of Judge Alan D Albright.

Accordingly, the Court **ORDERS** that the above-captioned case is **TRANSFERRED** to the docket of United States District Judge Alan D Albright.  Pursuant to the most recent Order Assigning Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

**SO ORDERED.**

---

[1] *See AlmondNet, Inc. v. Microsoft Corp.*, cause no. 6:21-cv-897 (W.D. Tex. Aug. 27, 2021); *AlmondNet, Inc. v. Amazon.com Services LLC*, cause no. 6:21-cv-898 (W.D. Tex. Aug. 27, 2021); *AlmondNet, Inc. v. Roku, Inc.*, cause no. 6:21-cv-731 (W.D. Tex.).

[2] *See* Amended Plan for Random and Direct Assignment of Cases in Multi-Judge Divisions, § IV(A) ("Related Cases"), *available at* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/District/Amended%20Plan%20for%20Random%20and%20Direct%20Assignment%20of%20Cases%20in%20Multi-Judge%20Divisions.pdf.

**SIGNED** on this 5th day of June, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

ACCEPTED:

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE