# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ALMONDNET, INC., and INTENT IQ, LLC<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>Defendant. | Case No. 6:24-cv-00303-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiffs AlmondNet, Inc. and Intent IQ, LLC ("Plaintiffs") and Defendant Oracle Corporation ("Defendant") announced to the Court that they have resolved Plaintiffs' claims for relief aginst Defendant asserted in this case and Defendant's defenses against Plaintiffs asserted in this case. Plaintiffs and Defendant have therefore requested that the Court dismiss Plaintiffs' claims for relief against Defendant with prejudice and Defendants' defenses against Plaintiffs without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendant are dismissed with prejudice and Defendants' defenses against Plaintiffs are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED on this 20th day of June, 2025

_____
Hon. Alan D. Albright
U.S. District Judge